[No. 51905-1-I. Division One. April 26, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. NAZARIO SANTIAGO-PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 02-1-00571-2, Susan K. Cook, J., entered February 20, 2003. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Ellington, A.C.J., and Kennedy, J.

[No. 52088-1-I. Division One. April 26, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SAUL ALEX CACERES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00796-6, James H. Allendoerfer, J., entered February 28, 2003. *Reversed* by unpublished per curiam opinion.

[No. 52267-1-I. Division One. April 26, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL DAWSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 01-1-00041-1, Michael E. Rickert, J., entered April 18, 2003. *Remanded* by unpublished per curiam opinion.

[No. 52350-3-I. Division One. April 26, 2004.]

*In the Matter of the Marriage of* ANTHONY PAUL AVERSANO, JR., *Respondent*, and DIAN LANGLOIS-AVERSANO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-3-08194-8, Michael S. Spearman, J., entered April 15, 2003. *Reversed* by unpublished opinion per Grosse, J., concurred in by Cox, C.J., and Agid, J.